

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MICHAEL VERRILLI**
   **Plaintiff**

vs.  :Case No. 3:03 CV0541 (WWE)

**SIKORSKY AIRCRAFT CORPORATION**
   **Defendant**  :JANUARY 9, 2004

### MOTION TO CONSOLIDATE

The Plaintiff in the above captioned matter respectfully requests that the case of Michael Verrilli v. Teamsters Local No. 1150, International Brotherhood of Teamsters docket number 3:03 CV2253 (JCH) be consolidated with the above captioned case. Both cases arise from the Plaintiff's wrongful discharge from his employment. The instant case arises under the Labor Management Relations Act alleging that the Plaintiff was discharged without just cause in violation of the collective bargaining agreement between the Defendant and its employees including the Plaintiff. The case of Michael Verrilli v. Teamsters Local No. 1150, International Brotherhood of Teamsters alleges a violation of the duty of fair representation concerning the processing of Plaintiff's grievance arising from his discharge by the Defendant, Sikorsky. Since both actions

1

arise from the same employment action the Plaintiff requests that the actions be consolidated.

THE PLAINTIFF

BY_____
JOHN T. BOCHANIS
DALY, WEIHING & BOCHANIS
1115 Main Street, Suite 710
Bridgeport, CT 06604
203-333-8500
fed ct. 00138

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent, postage prepaid, on this the 9th day of January, 2004 to:

Edward J. Dempsey, Labor Counsel
United Technologies Corporation
United Technologies Building
Hartford, CT 06101

BY _____
JOHN T. BOCHANIS
ATTORNEY FOR THE PLAINTIFF