United States District Court
District of Connecticut

Michael Verrilli,
    *Plaintiff*

v.

Sikorsky Aircraft Corporation,
    *Defendant.*

Civil Action No.

3:03 CV 0541(WWE)

January 23, 2004

### Motion to Dismiss the Second, Third and Fourth Counts of the Amended Complaint

The defendant, Sikorsky Aircraft Corporation ("Sikorsky") respectfully moves the court, pursuant to Rules 12(b)(1) and (6), Fed. R. Civ. P. to dismiss the second, third and fourth counts of the plaintiff Michael Verrilli's amended complaint and as grounds therefor shows as follows:

1. As noted in Sikorsky's motion to dismiss the original complaint in this case, which motion was granted by the Court, Verrilli's employment with Sikorsky was pursuant to a collective bargaining agreement ("CBA") between Sikorsky and Teamsters Local 1150. That CBA provided a grievance and arbitration procedure as the exclusive remedy for the alleged termination of Verrilli's employment. Under these circumstances, the only cause of action available to Verrilli is a so-called "hybrid 301 action," pursuant to Section 301 of the Labor-Management Relations Act of 1947, as amended, 29 U.S.C. §§ 151, *et. seq.* ("LMRA").

**ORAL ARGUMENT NOT REQUESTED**

2.  The second, third and fourth counts of Verrilli's amended complaint attempt to assert common law claims for breach of contract, breach of the implied covenant of good faith and fair dealing and negligent misrepresentation with regard to Verrilli's rights under the CBA. Each of those claims is preempted by Section 301 of the LMRA and must be dismissed.

Respectfully submitted,

_____
Edward J. Dempsey
Labor Counsel
United Technologies Corporation
United Technologies Building
Hartford, CT 06101
tel:   (860) 728-7858
efax:  (860) 660-0288
email: *ed.dempsey@utc.com*
Bar No. ct05183

## Certificate of Service

I, Edward J. Dempsey, hereby certify that a copy of the defendant's Motion to Dismiss the Second, Third and Fourth Counts of the Amended Complaint was served on all parties by mailing a copy thereof this 22nd day of January 2004 to all counsel of record:

> John T. Bochanis
> Daly, Weihing & Bochanis
> 1115 Main Street, Suite 710
> Bridgeport, CT 06604

_____
Edward J. Dempsey