19

FILED

2004 FEB 11 A 11: 46

US DISTRICT
DISTRICT

United States District Court
District of Connecticut

*Extension to March 27, 2004*

WARREN W. EGINTON
Senior United States District Judge
2-12-04

| | |
|---|---|
| Michael Verrilli, | 03CV 541 MEXTIME |
| Plaintiff | Civil Action No. |
| v. | 3:03 CV 0541 (WWE) |
| Sikorsky Aircraft Corporation, | February 9, 2004 |
| Defendant | |

## MOTION FOR EXTENSION OF TIME

The Plaintiff respectfully requests an extension of time of thirty [30] days to June 27, 2003 in which to file its objection to the Defendant's Motion to Dismiss dated January 23, 2004. The Plaintiff's counsel is currently on trial in the matter of Joseph Rusinik v. Guaranteed Overnight Delivery, Docket CV00-0071271-S, Judicial District of Ansonia/Milford, and as a result, requests the instant extension of time.

Plaintiff's counsel attempted to contact opposing counsel but was unable to obtain their position regarding the instant Motion for Extension of Time.

FILED
2004 FEB 12 A 10: 01