FILED

2004 FEB 19 P 1: 21

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael Verrilli,<br><br>    *Plaintiff*<br><br>v.<br><br>Sikorsky Aircraft Corporation,<br><br>    *Defendant* | Civil Action No.<br><br>3:03 CV 0541 (WWE)<br><br>February 17, 2004 |

## AMENDED MOTION FOR EXTENSION OF TIME

The Plaintiff respectfully requests an extension of time to March 5, 2003 in which to file its objection to the Defendant's Motion to Dismiss dated January 23, 2004. The Plaintiff's counsel is currently on trial in the matter of Joseph Rusinik v. Guaranteed Overnight Delivery, Docket CV00-0071271-S, Judicial District of Ansonia/Milford, and as a result, requests the instant extension of time.

Plaintiff's counsel attempted to contact opposing counsel but was unable to obtain their position regarding the instant Motion for Extension of Time.

The Plaintiff, Michael Verrilli

By _____
John T. Bochanis
DALY, WEIHING & BOCHANIS
1115 Main Street, Suite 710
Bridgeport, CT 06604
203-333-8500
Bar No. ct00138

Certificate of Service

I, John T. Bochanis, hereby certify that a copy of the foregoing Motion for Extension of Time was served on all parties by mailing of copy thereof this 17th day of February, 2004 to all counsel of record:

Edward J. Dempsey
United Technologies Corporation
United Technologies Building
Hartford, CT 06101

_____
John T. Bochanis