FILED

2004 MAR 30 A 10: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL VERRILLI
    Plaintiff

vs.  :Case No. 3:03 CV0541 (WWE)

SIKORSKY AIRCRAFT CORPORATION
    Defendant  :MARCH 29, 2004

## PARTIAL WITHDRAWAL

The Plaintiff in the above captioned matter withdraws the Second, Third and Fourth counts of his Amended Complaint against the Defendant, Sikorsky Aircraft, without costs. The First Count of the Plaintiff's Amended Complaint is not effected by this Motion to Withdraw.

THE PLAINTIFF

BY _____
JOHN T. BOCHANIS
DALY, WEIHING & BOCHANIS
1115 Main Street, Suite 710
Bridgeport, CT 06604
203-333-8500
fed ct. 00138

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent, postage prepaid, on this the 29th day of March, 2004 to:

Edward J. Dempsey, Labor Counsel
United Technologies Corporation
United Technologies Building
Hartford, CT 06101

BY_____
JOHN T. BOCHANIS
ATTORNEY FOR THE PLAINTIFF

2