03CV54/WDraw

#23

FILED
2004 MAR 30 A 10: 52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL VERRILLI
    Plaintiff

vs.  :Case No. 3:03 CV0541 (WWE)

SIKORSKY AIRCRAFT CORPORATION
    Defendant  :MARCH 29, 2004

## PARTIAL WITHDRAWAL

The Plaintiff in the above captioned matter withdraws the Second, Third and Fourth counts of his Amended Complaint against the Defendant, Sikorsky Aircraft, without costs. The First Count of the Plaintiff's Amended Complaint is not effected by this Motion to Withdraw.

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ
Bridgeport, CT

THE PLAINTIFF

BY _____
JOHN T. BOCHANIS
DALY, WEIHING & BOCHANIS
1115 Main Street, Suite 710
Bridgeport, CT 06604
203-333-8500
fed ct. 00138

FILED
2004 APR -1 A 10: 31
U.S. DISTRICT COURT
BRIDGEPORT, CONN

1