#14

U.S. CLERK
DISTRICT COURT
BRIDGEPORT

JAN 9  4 12 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| MICHAEL VERRILLI<br>**Plaintiff** | :<br>:<br>: |
| vs. | : Case No. 3:03 CV0541 (WWE)<br>:<br>: |
| SIKORSKY AIRCRAFT CORPORATION<br>**Defendant** | :<br>: JANUARY 9, 2004 |

## MOTION TO CONSOLIDATE

The Plaintiff in the above captioned matter respectfully requests that the case of Michael Verrilli v. Teamsters Local No. 1150, International Brotherhood of Teamsters docket number 3:03 CV2253 (JCH) be consolidated with the above captioned case. Both cases arise from the Plaintiff's wrongful discharge from his employment. The instant case arises under the Labor Management Relations Act alleging that the Plaintiff was discharged without just cause in violation of the collective bargaining agreement between the Defendant and its employees including the Plaintiff. The case of Michael Verrilli v. Teamsters Local No. 1150, International Brotherhood of Teamsters alleges a violation of the duty of fair representation concerning the processing of Plaintiff's grievance arising from his discharge by the Defendant, Sikorsky. Since both actions

1

Motion GRANTED.

FILED
2004 APR -2  A 10: 41
U.S. DISTRICT COURT
BRIDGEPORT, CONN