FILED

2004 APR 27 P 1: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL VERRILLI,

    Plaintiff,

v.

SIKORSKY AIRCRAFT CORPORATION,
TEAMSTERS LOCAL 1150

    Defendants,

CIVIL ACTION NO.
3:03 CV 0541 (WWE)

APRIL 19, 2004

FILED
2004 MAY -3 P 12:
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## REPORT OF THE PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 38, a conference was held on March 22, 2004. The participants were:

    John T. Bochanis of Daly, Weihing & Bochanis, Bridgeport, CT, for Plaintiff Michael Verrilli.

    Edward Dempsey of United Technologies Corporation, Hartford, CT, for Defendant, Sikorsky Aircraft Corporation ("Sikorsky").

    John T. Fussell, Robert M. Cheverie & Associates, P.C., East Hartford, CT, for the Defendant, Teamsters Local 1150 ("Union").

Report Approved.
Discovery cutoff date Nov 1, 2004
Dispositive Motions due by: Jan 31, 2005
SO ORDERED
5/3/2004
Warren W. Eginton, Sr. U.S.D.J.