

**FILED** 2004 JUN 16 A 10:17 U.S. DISTRICT COURT BRIDGEPORT, CONN.

United States District Court
District of Connecticut

| | |
|---|---|
| Michael Verrilli,<br>*Plaintiff*<br>v.<br>Sikorsky Aircraft Corporation,<br>*Defendant*. | Civil Action No.<br>3:03 CV 0541(WWE)<br>January 23, 2004 |



WARREN W. EGINTON, Senior U.S. District Judge

Motion DENIED AS MOOT.    6/16/04

### MOTION TO DISMISS THE SECOND, THIRD AND FOURTH COUNTS OF THE AMENDED COMPLAINT

The defendant, Sikorsky Aircraft Corporation ("Sikorsky") respectfully moves the court, pursuant to Rules 12(b)(1) and (6), Fed. R. Civ. P. to dismiss the second, third and fourth counts of the plaintiff Michael Verrilli's amended complaint and as grounds therefor shows as follows:

1.  As noted in Sikorsky's motion to dismiss the original complaint in this case, which motion was granted by the Court, Verrilli's employment with Sikorsky was pursuant to a collective bargaining agreement ("CBA") between Sikorsky and Teamsters Local 1150. That CBA provided a grievance and arbitration procedure as the exclusive remedy for the alleged termination of Verrilli's employment. Under these circumstances, the only cause of action available to Verrilli is a so-called "hybrid 301 action," pursuant to Section 301 of the Labor-Management Relations Act of 1947, as amended, 29 U.S.C. §§ 151, *et. seq.* ("LMRA").

**ORAL ARGUMENT NOT REQUESTED**