United States District Court
District of Connecticut

| | |
|---|---|
| Michael Verrilli,<br><br>　　　　*Plaintiff*<br>v.<br><br>Sikorsky Aircraft Corporation,<br>　　　　*et al.*<br>　　　　*Defendants.* | Civil Action No.<br><br>3:03 CV 0541(WWE)<br><br>October 14, 2004 |

### DEFENDANT SIKORSKY AIRCRAFT'S MOTION TO COMPEL DISCOVERY

The defendant, Sikorsky Aircraft Corporation, respectfully moves the court pursuant to Fed. R. Civ. P. 37 and D. Conn. L. Civ. R. 37, to enter an order compelling the plaintiff to respond to the interrogatories and request for production of documents served on him by the defendant on July 8, 2004.

The grounds for this motion are that the plaintiff has failed completely to respond to any of the interrogatories and requests for production of documents. A response was originally due no later than August 10, 2004. On September 3, 2004, the undersigned counsel for the defendant wrote to counsel for the plaintiff in an attempt to confer with opposing counsel regarding the failure to respond. No reply to that letter has been received. Furthermore, to date, no responses to the defendant's discovery have been received.

**ORAL ARGUMENT NOT REQUESTED**

The discovery cutoff date in this case is November 1, 2004 and without the plaintiff's responses to the outstanding discovery requests the defendant will be prejudiced.

This motion is supported by the accompanying memorandum and affidavit of counsel.

                              Edward J. Dempsey  
                              Labor Counsel  
                              United Technologies Corporation  
                              One Financial Plaza  
                              Hartford, CT 06101  
                              tel:   (860) 728-7858  
                              efax: (860) 660-0288  
                              email: *ed.dempsey@utc.com*  
                              Bar No. ct05183

Certificate of Service

I, Edward J. Dempsey, hereby certify that a copy of the defendant Sikorsky Aircraft's Motion to Compel Discovery was served on all parties by mailing a copy thereof this 13th day of October 2004 to all counsel of record:

| | |
|---|---|
| John T. Bochanis | John T. Fussell, Esq. |
| Daly, Weihing & Bochanis | Robert M. Cheverie & Associates, P.C. |
| Suite 710 | Commerce Center One |
| 1115 Main Street | 333 East River Drive, Suite 101 |
| Bridgeport, CT 06604 | East Hartford, CT 06108 |

                                                Edward J. Dempsey