United States District Court
District of Connecticut

2004 OCT 15  A II: 00

Michael Verrilli,

        *Plaintiff*

v.

Sikorsky Aircraft Corporation,
           *et al.*
      *Defendants.*

Civil Action No.

3:03 CV 0541(WWE)

October 14, 2004

### MEMORANDUM IN SUPPORT OF
### DEFENDANT SIKORSKY AIRCRAFT'S MOTION TO COMPEL DISCOVERY

The present motion is not one that brings to the court a dispute over objections properly served in response to discovery served by the defendant. The fact is that no objections were served, and no discovery was produced by the plaintiff in response to Sikorsky Aircraft's interrogatories and request for production of documents, which are attached as Exhibits A and B, respectively, to the accompanying affidavit of counsel.

As noted in that affidavit of counsel, responses to the served discovery were due no later than August 10, 2004, but none were served by that date, or at anytime thereafter. On September 3, 2004, counsel for Sikorsky Aircraft wrote to the plaintiff's counsel, pursuant to D. Conn. L. Civ. R. 37(a)(2) requesting the tardy discovery. That was over a month ago, and no response has been received.

1

On these facts, the court should enter an order compelling the plaintiff to respond, without objection, to each of the served interrogatories, and to produce, again without objection, the requested documents.

Edward J. Dempsey
Labor Counsel
United Technologies Corporation
One Financial Plaza
Hartford, CT 06101
tel:    (860) 728-7858
efax:   (860) 660-0288
email: *ed.dempsey@utc.com*
Bar No. ct05183

## Certificate of Service

I, Edward J. Dempsey, hereby certify that a copy of the foregoing Memorandum in Support of Defendant Sikorsky Aircraft's Motion to Compel Discovery was served on all parties by mailing a copy thereof this 13th day of October 2004 to all counsel of record:

John T. Bochanis
Daly, Weihing & Bochanis
Suite 710
1115 Main Street
Bridgeport, CT 06604

John T. Fussell, Esq.
Robert M. Cheverie & Associates, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108

Edward J. Dempsey