UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL VERRILLI | |
|                 Plaintiff | Civil Action No.: |
| | 3:03-CV-0541 (WWE) |
| vs. | |
| SIKORSKY AIRCRAFT CORPORATION, AND TEAMSTERS LOCAL 1150 | October 19, 2004 |
|                 Defendants | |

## DEFENDANT TEAMSTERS LOCAL 1150'S MOTION TO COMPEL DISCOVERY

Defendant Teamsters Local Union No. 1150 ("Local 1150") respectfully moves the Court, pursuant to F.R.C.P. 37 and D. Conn. L. Civ. R. 37, to enter an order compelling Plaintiff to respond to the Interrogatories and Request for Production of Documents dated June 2, 2004, as amended on June 16, 2004, and served on him by Defendant Local 1150.

The Plaintiff's perfunctory objections to Defendant's Interrogatories and Request for Production dated June 2, 2004 caused Defendant Local 1150 to amend its Interrogatories and Request for Production dated June 16, 2004 as part of Defendant Local 1150's good faith effort to resolve a discovery dispute without resort to the Court pursuant to F.R.C.P. 37. Plaintiff did not respond to Defendant Local 1150's Amended Interrogatories and

**ORAL ARGUMENT NOT REQUESTED**

Request for Production of Documents dated June 16, 2004. By letter dated July 16, 2004, Defendant Local 1150 informed Plaintiff that his continued failure to answer the Amended Interrogatories and Request for Production would result in a Motion for Order Compelling Discovery pursuant to F.R.C.P. 37. In addition, Defendant Local 1150's July 16th letter informed Plaintiff that it would depose Plaintiff Verrilli and requested dates convenient to Plaintiff's counsel and Plaintiff. Plaintiff provided no response to this request for deposition dates.

In a subsequent telephone discussion with Plaintiff's counsel, Attorney Bochanis represented that he would request an extension of the November 1, 2004 discovery cutoff date in this case. To date, Plaintiff has not provided answers to the Amended Interrogatories and Request for Production, has not provided deposition dates, and has not, as he represented, requested an extension of the discovery cutoff date. No reply to that letter or the Amended Interrogatories and Request for Production has been received.

By Notice of Deposition and Subpoena dated October 7, 2004, Defendant Local 1150 sent, via overnight delivery, to the State Marshal for service upon Plaintiff the Notice of Deposition and Subpoena for Friday, October 29, 2004.

Without the Plaintiff's responses to the outstanding discovery requests and cooperation in participating in the Deposition, Defendant Local 1150 will be prejudiced.

This Motion is supported by the accompanying Memorandum and Affidavit of Local 1150's counsel.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

Respectfully submitted,

DEFENDANT
TEAMSTERS LOCAL NO. 1150

By: _____
John T. Fussell, Esq., of
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4206
Their Attorney
Federal Bar No. ct17989
Tele: (860) 290-9610
Fax: (860) 290-9611
e-mail: jfussell@cheverielaw.com

## CERTIFICATE OF SERVICE

I, John T. Fussell, hereby certify that a copy of *Defendant Teamsters Local 1150's Motion to Compel Discovery* was served on all parties by mailing a copy thereof, first class mail and postage prepaid, this 19th day of October 2004 to all counsel of record:

John T. Bochanis
DALY, WEIHING & BOCHANIS
1115 Main Street, Suite 710
Bridgeport, CT 06604

Edward J. Dempsey
Labor Counsel
United Technologies Corporation
United Technologies Building
One Financial Plaza
Hartford, CT 06101

_____
JOHN T. FUSSELL

JTF.Teamsters.1150.Michael Verrilli
Motion to Compel Discovery 10-18-04

3