UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL VERRILLI<br><br>　　　　　　　　　Plaintiff<br><br>vs.<br><br>SIKORSKY AIRCRAFT CORPORATION,<br>AND TEAMSTERS LOCAL 1150<br><br>　　　　　　　　　Defendants | Civil Action No.:<br>3:03-CV-0541 (WWE)<br><br><br><br>OCTOBER 19, 2004 |

### DEFENDANT TEAMSTERS LOCAL 1150'S
### MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY

　　Defendant Teamsters Local Union No. 1150 ("Local 1150") respectfully moves the Court, pursuant to F.R.C.P. 37 and D. Conn. L. Civ. R. 37, to enter an order compelling the Plaintiff to respond to the Interrogatories and Request for Production of Documents dated June 2, 2004, as amended on June 16, 2004, and served on him by Defendant Local 1150.

　　To date, Plaintiff has failed to provide any information requested in Defendant Local 1150's Interrogatories and has failed to produce any documents requested in Defendant Local 1150's Request for Production **(See Attachments A and C to the accompanying Affidavit of Counsel)**.

As noted in that Affidavit of counsel, Defendant Local 1150 served upon Plaintiff Interrogatories and a Request for Production dated June 2, 2004 **(Attachment A)**. Plaintiff, by notice dated June 10, 2004, filed objections to Interrogatories 2, 3 and 6 and Requests for Production 1, 5, 6, 7 and 10 **(Attachment B)** but did not provide any answers or documents in response to Interrogatories 1, 4, & 5 and Requests for Production 2, 3, 4, 8, and 9. In response to Plaintiff's objections, Defendant Local 1150, by letter dated June 16, 2004, amended Interrogatories 2, 3, and 6 and Production Requests 1, 5, 6, and 7 **(Attachment C)**. As Plaintiff did not respond or provide any information, Defendant Local 1150, by letter dated July 16, 2004, was noticed that his continued failure to provide the requested discovery would result in a Motion for Order Compelling Discovery **(Attachment D)**. As of this date, Plaintiff has not provided the requested discovery.

During a subsequent telephone conversation in August with Plaintiff's counsel regarding the unanswered discovery and requesting dates for a Deposition of Plaintiff Verrilli, Attorney Bochanis stated that he would be seeking an extension of the November 1, 2004 discovery deadline and that he would take another look at providing the requested discovery **(See Affidavit of Counsel)**.

To date, Plaintiff has not provided any of the requested discovery nor has Plaintiff requested an extension of the November 1, 2004 discovery deadline. Accordingly, Defendant respectfully requests that this court enter an Order compelling the Plaintiff to respond, without objection, to each of the served Interrogatories, and to produce, without objection, the required documents, and to comply with the Subpoena and Deposition notice providing for the deposition of Mr. Verrilli on October 29, 2004.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

                    Respectfully submitted,

                    DEFENDANT
                    TEAMSTERS LOCAL NO. 1150

By:   _____
                    John T. Fussell, Esq., of
                    ROBERT M. CHEVERIE &
                       ASSOCIATES, P.C.
                    333 East River Drive, Suite 101
                    East Hartford, CT 06108-4206
                    Their Attorney
                    Federal Bar No. ct17989
                    Tele: (860) 290-9610
                    Fax:  (860) 290-9611
                    e-mail: jfussell@cheverielaw.com

## CERTIFICATE OF SERVICE

I, John T. Fussell, hereby certify that a copy of Defendant Teamsters Local 1150's Memorandum in Support of Motion to Compel Discovery was served on all parties by mailing a copy thereof, by first class mail and postage prepaid, this 19th day of October 2004 to all counsel of record:

| | |
|---|---|
| John T. Bochanis<br>DALY, WEIHING & BOCHANIS<br>1115 Main Street, Suite 710<br>Bridgeport, CT 06604 | Edward J. Dempsey<br>Labor Counsel<br>United Technologies Corporation<br>United Technologies Building<br>One Financial Plaza<br>Hartford, CT 06101 |

_____
JOHN T. FUSSELL

JTF.Teamsters.1150.Michael Verrilli
Memorandum in Support of Motion to Compel Discovery.10-19-04

3