UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------X
MICHAEL VERRILLI,                          :

     Plaintiff,                           :

     vs.                                  : No. 3:03CV0541 (WWE)

SIKORSKY AIRCRAFT CORP. and                :
TEAMSTERS LOCAL NO. 1150,
INTERNATIONAL BROTHERHOOD                   :
OF TEAMSTERS,
                                      :

     Defendants.                          :
------------------------------------X

FILED

2004 OCT 21  P 5:23

U.S. DISTRICT COURT
BRIDGEPORT, CO....

### REFERRAL TO MAGISTRATE JUDGE

     This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_    All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_    A ruling on the following motions which are currently pending: (orefm.)

_x_    A settlement conference (orefmisc./cnf)

\_\_    A conference to discuss the following: (orefmisc./cnf)
_____

\_\_\_    Other: (orefmisc./misc) _____
_____

     SO ORDERED this 21st day of October, 2004, at Bridgeport, Connecticut.

                            _____
                            WARREN W. EGINTON,
                            SENIOR UNITED STATES DISTRICT JUDGE