## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL VERRILLI, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03 CV 0541 (WWE) |
| | : | |
| VS. | : | |
| | : | |
| SIKORSKY AIRCRAFT CORPORATION | : | |
| TEAMSTERS LOCAL 1150 | : | |
| Defendants | : | OCTOBER 25, 2004 |

## MOTION FOR EXPANSION OF DISCOVERY PERIOD

The Plaintiff respectfully requests an expansion of the discovery time period to December 1, 2004 and extension of the filing date of dispositive motions to February 28, 2005. Counsel for the Defendants have no objection to this request. The Plaintiff requests an expansion of the discovery time period as requested above to complete discovery in the instant matter.

        THE PLAINTIFF,

        BY_____
        JOHN T. BOCHANIS ct 00138
        Daly, Weihing & Bochanis
        1115 Main Street, Suite 710
        Bridgeport, CT 06604
        (203: 333-8500)

2

## **CERTIFICATION**

      **THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid on this 25th day of October, 2004 to:

Edward J. Dempsey  
United Technologies Corporation  
One Financial Plaza  
Hartford, CT 06101

John T. Fussell, Esq.  
Robert M. Cheverie & Associates, PC  
Commerce Center One  
333 East River Drive, Suite 101  
East Hartford, CT 06108

                                                                     _____  
                                                                       John T. Bochanis