UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL VERRILLI   Plaintiff | : |
| | : |
| | :Case No. 3:03 CV 0541 (WWE) |
| vs. | : |
| | : |
| SIKORSKY AIRCRAFT CORPORATION | |
| Defendant | :November 1, 2004 |

### OBJECTION TO MOTION TO COMPEL

The Plaintiff respectfully objects to the Defendant, Local Union 1150's motion to compel dated October 19, 2004. The Plaintiff, on October 25, 2004, filed a compliance to the Defendant's interrogatories and requests for production. In addition, the Plaintiff on October 25, 2004, filed a motion for expansion of the discovery period from November 1, 2004 to December 1, 2004. Finally, the Plaintiff's deposition is scheduled for November 12, 2004.

For the foregoing reasons, the Plaintiff requests that the Defendant's motion to compel be denied.

          THE PLAINTIFF


          BY_____
          JOHN T. BOCHANIS
          DALY, WEIHING & BOCHANIS
          1115 Main Street, Suite 710
          Bridgeport, CT 06604
          203-333-8500
          fed ct. 00138


**Certificate of Service**

    I, John T. Bochanis, hereby certify that a copy of the foregoing Objection to Motion to Compel was served on all parties by mailing of copy thereof this 1st day of November, 2004 to all counsel of record:

Edward J. Dempsey
United Technologies Corporation
United Technologies Building
Hartford, CT 06101

John T. Fussell, Esq.
Robert M. Cheverie & Associates, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108

          _____
          John T. Bochanis

2