UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL VERRILLI, | : |
| | : CIVIL ACTION NO. |
| Plaintiff | : 3:03 CV 0541 (WWE) |
| | : |
| VS. | : |
| | : |
| SIKORSKY AIRCRAFT CORPORATION | : |
| TEAMSTERS LOCAL 1150 | : |
| Defendants | : NOVEMBER 18, 2004 |

## MOTION FOR EXPANSION OF DISCOVERY PERIOD

The Plaintiff respectfully requests an expansion of the discovery time period to December 31, 2004 and extension of the filing date of dispositive motions to March 28, 2005. Counsel for the Defendant, Sikorsky Aircraft Corporation, have indicated they will oppose this motion. The Plaintiff requests an expansion of the discovery time period as requested above to complete discovery in the instant matter. The Plaintiff, Michael Verrilli, was deposed six days ago on November 12, 2004, by the Defendants. The Plaintiff has noticed the depositions of the Defendants for November 29, 2004. In addition, the Plaintiff has issued interrogatories and requests for production on this date to the Defendants.

1

Although the instant case was initiated against the Defendant, Sikorsky Aircraft Corporation, the Plaintiff subsequently cited into this case the Defendant, Teamsters Local Union 1150.

For the foregoing reasons, the Plaintiff requests an extension of time of the discovery period of thirty days to December 31, 2004.

THE PLAINTIFF,

BY_____
JOHN T. BOCHANIS ct 00138
Daly, Weihing & Bochanis
1115 Main Street, Suite 710
Bridgeport, CT 06604
(203-333-8500)

## **CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid on this 18th day of November, 2004 to:

Edward J. Dempsey
United Technologies Corporation
One Financial Plaza
Hartford, CT 06101

John T. Fussell, Esq.
Robert M. Cheverie & Associates, PC
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108

_____
John T. Bochanis

2