UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| MICHAEL VERRILLI | : | |
| Plaintiff | : | Civil Action No.: |
| | : | 3:03-CV-0541 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| SIKORSKY AIRCRAFT CORPORATION, | : | |
| AND TEAMSTERS LOCAL 1150 | : | January 20, 2005 |
| | : | |
| Defendants | : | |

---

## DEFENDANT TEAMSTERS LOCAL 1150'S
## MOTION TO RESCHEDULE STATUS CONFERENCE

By electronic case filing (ECF) notice sent from the Court on January 15, 2005,

parties to the above-captioned matter were noticed that a Status Conference has been

scheduled for Thursday, February 24, 2005 at 10:20AM in Chambers Room 335, before

Judge Eginton. Both attorneys for Defendant Teamsters Local 1150 ("Defendant Union")

are out of state that week and, therefore, are unavailable for the Status Conference.

Defendant Union therefore requests that the February 24th Status Conference be rescheduled

to a later date.

This is the first request by Defendant Union for an extension of time regarding any

matter in this case. By telephone message and e-mail message on January 20, 2005,

Defendant Union requested the positions of Defendant Sikorsky Aircraft Corporation and

**ORAL ARGUMENT NOT REQUESTED**

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

Plaintiff Verrilli regarding this rescheduling request. Counsel for Defendant Sikorsky

Aircraft Corporation consented to the request. As of this date, Counsel for Plaintiff Verrilli

has not responded to our request.

Accordingly, Defendant Teamsters Local 1150 respectfully requests that the Status

Conference scheduled for February 24, 2005 be rescheduled to a later date.

Respectfully submitted,

DEFENDANT
TEAMSTERS LOCAL NO. 1150

By: _____
John T. Fussell, Esq., of
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4206
Their Attorney
Federal Bar No. ct17989
Tele: (860) 290-9610
Fax: (860) 290-9611
e-mail: jfussell@cheverielaw.com

2

## CERTIFICATE OF SERVICE

I, John T. Fussell, hereby certify that a copy of *Defendant Teamsters Local 1150's*

*Motion to Reschedule Status Conference* was served on all parties by mailing a copy

thereof, first class mail and postage prepaid, this 21st day of January 2005 to all counsel of

record:


John T. Bochanis
DALY, WEIHING & BOCHANIS
1115 Main Street, Suite 710
Bridgeport, CT 06604

Edward J. Dempsey
Labor Counsel
United Technologies Corporation
United Technologies Building
One Financial Plaza
Hartford, CT 06101


JOHN T. FUSSELL

JTF.Teamsters.1150.Michael Verrilli
Motion to Reschedule Status Conference.01-20-05

3

ROBERT M. CHEVERIE & ASSOCIATES, P.C.

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719