# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

MICHAEL VERRILLI

V                                                                      **APPEARANCE**

SIKORSKY AIRCRAFT CORPORATION            CASE NUMBER:
AND TEAMSTERS LOCAL 1150                         3:03-CV-0541 (WWE)

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **DEFENDANT, TEAMSTERS LOCAL UNION NO. 1150**

| | |
|---|---|
| January 26, 2005 | *[signature]* |
| Date | Signature |
| ct 23775 | Gregory S. Campora |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (860) 290-9610 | 333 East River Drive, Suite 101 |
| Telephone Number | Address |
| (860) 290-9611 | East Hartford, CT  06108-4206 |
| Fax Number | |

gcampora@cheverielaw.com   (PLEASE ALSO cc TO kdauphinais@cheverielaw.com )
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

John T. Bochanis                                              Edward J. Dempsey
DALY, WEIHING & BOCHANIS                         Labor Counsel
1115 Main Street, Suite 710                             United Technologies Corporation
Bridgeport, CT 06604                                       United Technologies Building
                                                                          One Financial Plaza
                                                                          Hartford, CT 06101

                                                                          *[signature]*
                                                                          Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24