UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL VERRILLI ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> SIKORSKY AIRCRAFT CORPORATION ) <br> *and* ) <br> TEAMSTERS LOCAL UNION NO. 1150 ) <br> ) <br> *Defendants* ) <br> ) | Civil Action No. <br> 3:03-CV-0541 (WWE) <br><br><br><br> March 10, 2005 |

### DEFENDANT TEAMSTERS LOCAL UNION NO. 1150'S
### MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 Fed.R.Civ.P., Defendant, Teamsters Local Union No. 1150, hereby moves this Court for summary judgment.

In support of this Motion, Defendant Teamsters Local Union No. 1150's Memorandum of Law and Local Rule 56(a)(1) Statement of Material Facts Not in Dispute accompany this Motion.

**ORAL ARGUMENT NOT REQUESTED**

Respectfully submitted,

DEFENDANT
TEAMSTERS LOCAL UNION NO. 1150

By: _____
John T. Fussell, Esq.
Fed. Bar # ct 17989
ROBERT M. CHEVERIE &
  ASSOCIATES, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4206
E-mail: jfussell@cheverielaw.com

JTF.Teamsters 1150.Michael Verrilli
Motion for Summary Judgment.03-10-05

# <u>C E R T I F I C A T I O N</u>

This is to certify that a copy of *Defendant Teamsters Local Union No. 1150's Motion for Summary Judgment* was hand-delivered this 10th day of March, 2005, to the following counsel of record:

| | |
|---|---|
| John T. Bochanis<br>DALY, WEIHING & BOCHANIS<br>1115 Main Street, Suite 710<br>Bridgeport, CT 06604 | Edward J. Dempsey<br>Labor Counsel<br>United Technologies Corporation<br>United Technologies Building<br>One Financial Plaza<br>Hartford, CT 06101 |

_____
JOHN T. FUSSELL

# ROBERT M. CHEVERIE & ASSOCIATES P.C.
### ATTORNEYS AND COUNSELLORS AT LAW

ROBERT M. CHEVERIE*  
THOMAS M. BROCKETT  
JOHN T. FUSSELL  
GREGORY S. CAMPORA  
JOHN M. BROWN*  
*ALSO ADMITTED IN MASSACHUSETTS

COMMERCE CENTER ONE  
333 EAST RIVER DRIVE, SUITE 101  
EAST HARTFORD, CONNECTICUT 06108

TELEPHONE 860-290-9610  
FAX 860-290-9611  
E-MAIL info@cheverielaw.com

*HAND-DELIVERED*

March 10, 2005

Clerk of the Court  
UNITED STATES DISTRICT COURT  
915 Lafayette Boulevard  
Bridgeport, CT 06604

    Re:    **Michael Verrilli v. Sikorsky Aircraft Corp, et al**  
            **Civil Action No. 3:03-CV-0541 (WWE)**

Dear Sir/Madam:

    Enclosed *for filing* please find an original and one copy of the following documents in the above-captioned matter.

    1)    *DEFENDANT TEAMSTERS LOCAL 1150'S MOTION FOR SUMMARY JUDGMENT*

    2)    *MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT TEAMSTERS LOCAL 1150'S MOTION FOR SUMMARY JUDGMENT*

    3)    *DEFENDANT TEAMSTERS LOCAL 1150's LOCAL RULE 56(a)(1) STATEMENT OF MATERIAL FACTS NOT IN DISPUTE*

    Please date-stamp the extra copies and return them to me in the enclosed self-addressed, stamped envelope. I have also enclosed a disk with .pdf copies of these documents.

    Should you have any questions, please do not hesitate to contact me.

Very truly yours,

John T. Fussell

JTF/kmd  
Enclosures

cc:    John T. Bochanis, Esq.  
        Law Offices of DALY, WEIHING & BOCHANIS

        Edward J. Dempsey  
        Director - Industrial Relations and Labor Counsel  
        United Technologies Corporation

JTF.TEAMSTERS 1150.MICHAEL VERRILLI  
LTR Court Filing Motion for Summary Judgment, Memo of Law, Statement of Undisputed Facts 03-08-05