FILED

2005 MAR 31  P 4: 31

US DISTRICT COURT
BRIDGEPORT CT

United States District Court
District of Connecticut

| | |
|---|---|
| Michael Verrilli,  <br><br>            *Plaintiff*  <br><br>v.  <br><br>Sikorsky Aircraft Corporation, et al  <br><br>            *Defendants* | Civil Action No.  <br><br>3:03 CV 0541 (WWE)  <br><br>March 31, 2005 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff requests an extension of time of thirty [30] days from the granting of the instant motion in which to file its objection to the Defendant Teamsters Local Union No. 1150's Motion for Summary Judgment dated March 10, 2005. The Plaintiff requests the extension of time in order to complete its objection and obtain documents to respond to the issues raised in the Defendant's Motion for Summary Judgment.

For the foregoing reasons the Plaintiff requests that this foregoing extension of time be granted.

The Plaintiff, Michael Verrilli

By_____
John T. Bochanis
DALY, WEIHING & BOCHANIS
1115 Main Street, Suite 710
Bridgeport, CT 06604
203-333-8500
Bar No. ct00138

I, John T. Bochanis, hereby certify that a copy of the foregoing Motion for Extension of Time was served on all parties by mailing of copy thereof this 31st day of March, 2005 to all counsel of record: