United States District Court
District of Connecticut

FILED
2005 APR -1  A 10: 58
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Michael Verrilli,

    *Plaintiff*

v.

Sikorsky Aircraft Corporation, &
Teamsters Local Union No. 1150

    *Defendants.*

Civil Action No.

3:03 CV 0541 (WWE)

April 1, 2005

MOTION TO ACCEPT SECOND SUBMISSION OF
MOTION FOR SUMMARY JUDGMENT, NUNC PRO TUNC

The Defendant, Sikorsky Aircraft Corporation, respectfully moves the Court to accept the papers submitted herewith,[1] nunc pro tunc to their original filing date of March 24, 2005 and in support of this motion shows as follows:

On March 23, 2005 the undersigned counsel for Sikorsky Aircraft caused to be sent by overnight mail to the Clerk of the Court and counsel for all parties the following documents: (1)Motion for Summary Judgment, (2) Memorandum in Support of Motion for Summary Judgment, (3) Local Rule 56(a)(1) Statement of Undisputed Facts, and (4)Documents Supporting Local Rule

---

[1] The submitted papers are Sikorsky Aircraft's Motion for Summary Judgment, Local Rule 56(a)(1) Statement of Undisputed Facts and Memorandum of Law in Support of Motion for Summary Judgment.

1

56(a)(1) Statement of Undisputed Facts. A receipt from the overnight mail delivery service shows delivery was made to the office of the Clerk of the Court at 10:31am on March 24, 2005.

When the filed documents did not appear on the PACER electronic docket sheet an inquiry was made to the office of the Clerk of the Court. That inquiry showed that only one of the four documents that was sent, the "Documents Supporting Defendant Sikorsky Aircraft Corporation's Local Rule 56(a)(1) Statement of Undisputed Facts" could be located. The attached documents are exact copies of the papers that were filed and served on March 24, 2005, except for new, original signatures and are submitted herewith for filing.

Respectfully submitted,

Edward J. Dempsey
Labor Counsel
United Technologies Corporation
One Financial Plaza
Hartford, CT 06101
tel:   (860) 728-7858
efax:  (860) 660-0288
email: *ed.dempsey@utc.com*
Bar No. ct05183

2

## Certificate of Service

I, Edward J. Dempsey, hereby certify that a copy of the foregoing Motion to Accept Second Submission of Motion For Summary Judgment, Nunc Pro Tunc was served on all parties, without the enclosed documents, which had been previously served, by mailing a copy thereof this 31st day of March 2005 to all counsel of record:

John T. Bochanis
Daly, Weihing & Bochanis
Suite 710
1115 Main Street
Bridgeport, CT 06604

John T. Fussell
Robert M. Cheverie & Associates, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108

_____
Edward J. Dempsey