United States District Court
District of Connecticut
FILED AT BRIDGEPORT
4/8/05
Kevin F. Rowe, Clerk
By D. Caulee

FILED
2005 APR -1  A 10:58
U.S. DISTRICT COURT
BRIDGEPORT, CONN

United States District Court
District of Connecticut

| | |
|---|---|
| Michael Verrilli, | |
| *Plaintiff* | Civil Action No. |
| v. | 3:03 CV 0541 (WWE) |
| Sikorsky Aircraft Corporation, & Teamsters Local Union No. 1150 | March 24, 2005 |
| *Defendants.* | |

MOTION FOR SUMMARY JUDGMENT
OF DEFENDANT SIKORSKY AIRCRAFT CORPORATION

The plaintiff, Michael Verrilli, has brought this suit under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, as a so-called "hybrid" suit alleging that Sikorsky Aircraft Corporation ("Sikorsky Aircraft" or "Company") breached its collective bargaining agreement with Teamsters Local Union No. 1150 when it terminated his employment on March 30, 2000 due to his second, positive drug test. Verrilli also alleges that Teamsters Local 1150 failed in its duty to represent him with regard to his discharge by refusing to take his grievance to arbitration.

The defendant, Sikorsky Aircraft Corporation, respectfully moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56

1

of the Local Rules of this Court, for summary judgment and an order dismissing the plaintiff's complaint and each cause of action alleged therein on the grounds that there is no genuine issue as to any material fact and Sikorsky Aircraft Corporation is entitled as a matter of law to judgment in its favor.

In support of this motion, defendant shows as follows:

Sikorsky is entitled to summary judgment on the plaintiff's claim for breach of the collective bargaining agreement principally because Verrilli cannot prove that Sikorsky was without just cause when it terminated his employment. Additionally, Verrilli cannot prove that the Union failed in its duty to represent him with regard to the termination of his employment. Lastly, Verrilli's lawsuit was untimely filed.

This motion is based on the Statement of Undisputed Material Facts submitted herewith in compliance with Local Rule 56(a)(1), which facts are admitted by the pleadings, responses to discovery, depositions and uncontroverted affidavits.

The basis for this motion is more fully set forth in the Memorandum of Law submitted in support hereof.

Respectfully submitted,

*[signature]*

Edward J. Dempsey
Labor Counsel
United Technologies Corporation
One Financial Plaza
Hartford, CT 06101
tel:   (860) 728-7858
efax:  (860) 660-0288
email: *ed.dempsey@utc.com*
Bar No. ct05183

## Certificate of Service

I, Edward J. Dempsey, hereby certify that a copy of the foregoing Defendant Sikorsky Aircraft Corporation's Motion For Summary Judgment was served on all parties by mailing a copy thereof this 23rd day of March 2005 to all counsel of record:

John T. Bochanis
Daly, Weihing & Bochanis
Suite 710
1115 Main Street
Bridgeport, CT 06604

John T. Fussell
Robert M. Cheverie & Associates, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108

*[signature]*

Edward J. Dempsey