FILED

2005 MAR 31 P 4: 30

US DISTRICT COURT
BRIDGEPORT CT

United States District Court
District of Connecticut

| | |
|---|---|
| Michael Verrilli, | Civil Action No. |
| Plaintiff | 3:03 CV 0541 (WWE) |
| v. | March 31, 2005 |
| Sikorsky Aircraft Corporation, et al | |
| Defendants | |

## MOTION FOR EXTENSION OF TIME

The Plaintiff requests an extension of time of thirty [30] days from the granting of the instant motion in which to file its objection to the Defendant Sikorsky Aircraft Corporation's Motion for Summary Judgment dated March 24, 2005. The Plaintiff requests the extension of time in order to complete its objection and obtain documents to respond to the issues raised in the Defendant's Motion for Summary Judgment. In addition, the Defendant within the past week has issued its compliance to the Plaintiff's Interrogatories and Requests for Production.

For the foregoing reasons the Plaintiff requests that this foregoing extension of time be granted.

> The Plaintiff, Michael Verrilli
>
> By_____
> John T. Bochanis
> DALY, WEIHING & BOCHANIS
> 1115 Main Street, Suite 710
> Bridgeport, CT 06604
> 203-333-8500
> Bar No. ct00138

## Certificate of Service

I, John T. Bochanis, hereby certify that a copy of the foregoing Motion for Extension of Time was served on all parties by mailing of copy thereof this 31st day of March, 2005 to all counsel of record:

Edward J. Dempsey, Esq.
United Technologies Corporation
United Technologies Building
Hartford, CT 06101

John T. Fussell, Esq.
Robert M. Cheverie & Associates, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108

John T. Bochanis