**FILED**

2005 MAR 31  P 4: 30

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael Verrilli, | Civil Action No. |
| *Plaintiff* | 3:03 CV 0541 (WWE) |
| v. | March 31, 2005 |
| Sikorsky Aircraft Corporation, et al | |
| *Defendants* | |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Michael Verilli has manually filed the following document or thing:

**Plaintiff's Motion for Extension of Time**

This document has not been filed electronically because

[X]  the document or thing cannot be converted to an electronic format

[ ]  the electronic file size of the document exceeds 1.5 megabytes

[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5 (d) or Local Rule of Criminal Procedure 57(b)[ ]

Plaintiff is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                The Plaintiff, Michael Verrilli

                                                By_____
                                                John T. Bochanis
                                                DALY, WEIHING & BOCHANIS
                                                1115 Main Street, Suite 710
                                                Bridgeport, CT 06604
                                                203-333-8500
                                                Bar No. ct00138

## Certificate of Service

I, John T. Bochanis, hereby certify that a copy of the foregoing Motion for Extension of Time was served on all parties by mailing of copy thereof this 31st day of March, 2005 to all counsel of record:

Edward J. Dempsey, Esq.
United Technologies Corporation
United Technologies Building
Hartford, CT 06101

John T. Fussell, Esq.
Robert M. Cheverie & Associates, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108

_____
John T. Bochanis