FILED

2005 MAY -6  P 12:09

United States District Court
District of Connecticut
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| Michael Verrilli, | |
| Plaintiff | Civil Action No. |
| v. | 3:03 CV 0541 (WWE) |
| Sikorsky Aircraft Corporation, et al | May 6, 2005 |
| Defendants | |

## MOTION FOR EXTENSION OF TIME

The Plaintiff requests an extension of time of one week to May 16, 2005 in which to file his objections to the Defendant Sikorsky Aircraft Corporation's Motion for Summary Judgment dated March 24, 2005 and the Defendant Teamsters Local Union No. 1150's Motion for Summary Judgment dated March 10, 2005.. The Plaintiff requests the extension of time in order to complete its objections and obtain documents to respond to the issues raised in the Defendants' Motions for Summary Judgment.

For the foregoing reasons the Plaintiff requests that this foregoing extension of time be granted.

Plaintiff is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                    The Plaintiff, Michael Verrilli

By_____
John T. Bochanis
DALY, WEIHING & BOCHANIS
1115 Main Street, Suite 710
Bridgeport, CT 06604
203-333-8500
Bar No. ct00138

## Certificate of Service

I, John T. Bochanis, hereby certify that a copy of the foregoing Motion for Extension of Time was served on all parties by mailing of copy thereof this 6th day of May, 2005 to all counsel of record:

Edward J. Dempsey, Esq.
United Technologies Corporation
United Technologies Building
Hartford, CT 06101

John T. Fussell, Esq.
Robert M. Cheverie & Associates, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108

John T. Bochanis