FILED

2005 MAY -6 P 12:09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael Verrilli, | |
| Plaintiff | Civil Action No. |
| v. | 3:03 CV 0541 (WWE) |
| Sikorsky Aircraft Corporation, et al | May 6, 2005 |
| Defendants | |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Michael Verilli has manually filed the following document or thing:

**Plaintiff's Motion for Extension of Time**

This document has not been filed electronically because

[X] the document or thing cannot be converted to an electronic format

[ ] the electronic file size of the document exceeds 1.5 megabytes

[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)[ ]

## Certificate of Service

I, John T. Bochanis, hereby certify that a copy of the foregoing Motion for Extension of Time was served on all parties by mailing of copy thereof this 6th day of May, 2005 to all counsel of record:

Edward J. Dempsey, Esq.
United Technologies Corporation
United Technologies Building
Hartford, CT 06101

John T. Fussell, Esq.
Robert M. Cheverie & Associates, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108

_____
John T. Bochanis