FILED

2005 MAY 17 P 4: 58

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| **MICHAEL VERRILLI** | : | |
| Plaintiff | : | Civil Action No.:<br>3:03-CV-0541 (WWE) |
| | : | |
| **SIKORSKY AIRCRAFT CORPORATION,**<br>**AND TEAMSTERS LOCAL 1150** | : | May 16 , 2005 |
| Defendants | : | |

### PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT

The Plaintiff respectfully objects to the Defendant, Sikorsky Aircraft's Motion for Summary Judgment dated March 24, 2005 and the Defendant, Teamsters Local 1150's Motion for Summary Judgment dated March 10, 2005. Sufficient questions of material fact exist as to whether the Defendant Sikorsky Aircraft discharged the Plaintiff without just cause. Sufficient questions of material fact exist as to whether the Defendant Teamsters Local 1150 breached its duty of fair representation to the Plaintiff.

Finally, questions of material fact exist as to when the Plaintiff's cause of action accrued.

A memorandum of law together with supporting documents is attached hereto.

ORAL ARGUMENT REQUESTED

THE PLAINTIFF

BY _____
JOHN T. BOCHANIS ct00138
DALY, WEIHING & BOCHANIS
1115 Main Street, Suite 710
Bridgeport, CT 06604
Telephone (203) 333-8500
Facsimile (203) 334-0305

## **CERTIFICATION**

I, John T. Bochanis, hereby certify that a copy of the foregoing was mailed, postage prepaid on this 17th day of May, 2005 to:

Edward J. Dempsey
United Technologies Corporation
United Technologies Building
Hartford, CT 06101

John T. Fussell, Esq.
Robert M. Cheverie & Associates, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108

John T. Bochanis