**MICHAEL VERRILLI**

        Plaintiff

**SIKORSKY AIRCRAFT CORPORATION, AND TEAMSTERS LOCAL 1150**

        Defendants

Civil Action No.:
3:03-CV-0541 (WWE)

May 17, 2005

## SUPPLEMENTAL AFFIDAVIT OF MICHAEL VERRILLI

I, Michael Verrilli, hereby depose and state as follows:

1) I am over the age of 18 years old and agree in the obligation of an oath;
2) I am the Plaintiff in the above captioned matter;
3) I am familiar with the facts contained herein.
4) While employed for the Defendant's Sikorsky Aircraft Corporation I was never informed by my employer that I would be "actually performing", "ready to perform" or "immediately ready to perform" a "safety sensitive" function as defined in FAA drug testing regulations.
5) In September 1999, although the blade and composite department employees were informed that they would be placed in an FAA drug testing pool not all of the employees were to be performing a "safety sensitive" function pursuant to FAA regulations.
6) During my employment with the Defendant, Sikorsky, I did not perform any work on or for S-76 Helicopters.
7) I was never told by my employer, Sikorsky Aircraft, that they had reasonable suspicion that I was under the influence of drugs.
8) I never informed any employee or agent of the Defendant Sikorsky that I was a "regular user" of drugs.
9) I did not use cocaine during the period of my drug testing at Sikorsky Aircraft.

10) After I was discharged from my employment by the Defendant, Sikorsky, in March 2000 I filed a grievance due to my being discharged without just cause and for my employer Sikorsky Aircraft improperly requiring that I be drug tested which resulted in my termination and for the Defendant's improper drug testing procedures.

_____
Michael Verrilli

Subscribed and Sworn to before me the 16th day of May, 2005.

_____
Notary Public
My Commission Expires: 1-31-06