FILED

2005 MAY 20 P 4: 30

US DISTRICT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael Verrilli, | Civil Action No. |
|     *Plaintiff* | 3:03 CV 0541 (WWE) |
| v. | May 20, 2005 |
| Sikorsky Aircraft Corporation, et al | |
|     *Defendants* | |

## NOTICE OF FILING

The Plaintiff in the above captioned matter hereby gives notice that he has filed an original signed "Supplemental Affidavit of Michael Verrilli." Which affidavit should be attached as exhibit A-1 to the Plaintiff's FRCP 56 (a) (2) Responsive Statements. The Plaintiff previously inadvertently filed an unsigned supplemental affidavit of Michael Verrilli.

                                                The Plaintiff, Michael Verrilli

                                                By_____
                                                John T. Bochanis
                                                DALY, WEIHING & BOCHANIS
                                                1115 Main Street, Suite 710
                                                Bridgeport, CT 06604
                                                203-333-8500
                                                Bar No. ct00138

## Certificate of Service

I, John T. Bochanis, hereby certify that a copy of the foregoing was served on all parties by mailing of copy thereof this 20th day of May, 2005 to all counsel of record:

Edward J. Dempsey, Esq.
United Technologies Corporation
United Technologies Building
Hartford, CT 06101

John T. Fussell, Esq.
Robert M. Cheverie & Associates, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108

_____
John T. Bochanis