United States District Court
District of Connecticut

| | |
|---|---|
| Michael Verrilli, <br><br> *Plaintiff* <br> v. <br><br> Sikorsky Aircraft Corporation, & Teamsters Local Union No. 1150 <br><br> *Defendants.* | Civil Action No. <br><br> 3:03 CV 0541 (WWE) <br><br> May 31, 2005 |

<u>MOTION TO FILE REPLY MEMORANDUM EXCEEDING TEN PAGES</u>

Defendant Sikorsky Aircraft Corporation respectfully moves for permission to file its reply memorandum in support of summary judgment in excess of the ten pages permitted by Local Rule 7(d). The additional pages are required adequately to respond to the matters raised by the plaintiff in his opposition to summary judgment.

Respectfully submitted,

_____/s/_____
Edward J. Dempsey
Labor Counsel
United Technologies Corporation
One Financial Plaza
Hartford, CT 06101
tel:   (860) 728-7858
efax: (860) 660-0288
email: ed.dempsey@utc.com
Bar No. ct05183

## Certificate of Service

    I, Edward J. Dempsey, hereby certify that a copy of the foregoing Motion to File Reply Memorandum Exceeding Ten Pages was served on all parties by mailing a copy thereof this 27th day of May 2005 to all counsel of record:

| | |
|---|---|
| John T. Bochanis | John T. Fussell |
| Daly, Weihing & Bochanis | Robert M. Cheverie & Associates, P.C. |
| Suite 710 | Commerce Center One |
| 1115 Main Street | 333 East River Drive, Suite 101 |
| Bridgeport, CT 06604 | East Hartford, CT 06108 |



                                        /s/
                                    Edward J. Dempsey