UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL VERRILLI )<br>)<br>*Plaintiff* )<br>)<br>vs. )<br>)<br>SIKORSKY AIRCRAFT CORPORATION )<br>and )<br>TEAMSTERS LOCAL UNION NO. 1150 )<br>)<br>*Defendants* )<br>) | Civil Action No.<br>3:03-CV-0541 (WWE)<br><br><br><br>May 31, 2005 |

**DEFENDANT TEAMSTERS LOCAL NO. 1150'S
MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM
TO PLAINTIFF'S OBJECTION TO
<u>DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT</u>**

Defendant Teamsters Local No. 1150 requests an extension of time of two weeks, to June 15, 2005, in which to file its Reply Memorandum in Support of its Motion for Summary Judgment.

This is Defendant Teamsters Local 1150's first motion for an extension of time.

Plaintiff's counsel does not oppose this request for an extension of time.

DATED at East Hartford, Connecticut, this 31st day of May, 2005.

Respectfully submitted,

DEFENDANT
TEAMSTERS LOCAL NO. 1150

By: _____
John T. Fussell, Esq. of
Fed. Bar # ct 17989
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4206
E-mail: jfussell@cheverielaw.com

# C E R T I F I C A T I O N

This is to certify that a copy of **Defendant Teamsters Local No. 1150's Motion for Extension of Time to file Reply Memorandum to Plaintiff's Objection to Defendants' Motions for Summary Judgment** was mailed, first class and postage prepaid, this 31st day of May, 2005, to the following:

| Counsel for Plaintiff: | Counsel for Defendant Sikorsky Aircraft Corporation: |
|---|---|
| John T. Bochanis<br>DALY, WEIHING & BOCHANIS<br>1115 Main Street, Suite 710<br>Bridgeport, CT 06604 | Edward J. Dempsey<br>Labor Counsel<br>United Technologies Corporation<br>United Technologies Building<br>One Financial Plaza<br>Hartford, CT 06101 |

_____
JOHN T. FUSSELL

JTF.TMST1150.M.Verrilli
Motion for Extension of Time to file Reply Memorandum to Plaintiff's Objection to Defendants' Motions for Summary Judgment
05-31-05