## ARTICLE VI
## GRIEVANCE PROCEDURE

**6.1**   In the event that a difference arises between the Company, the Union, or any employee concerning the interpretation, application, or compliance with the provisions of this Agreement, an earnest effort will be made to resolve it in accordance with the following procedure which must be adhered to.

**6.2**   A grievance must be filed within five (5) working days immediately following the date of the condition or event which gives rise to the grievance or within the five (5) working day period immediately following the date on which the employees should reasonably have become aware of the condition or event from which the grievance arises.  In the event of a promotional grievance the fifteen (15) calendar day time-period will commence when the Union receives the bi-weekly promotional list.

The time-periods and limits provided herein shall not include Saturdays, Sundays, and holidays.

**6.3**   The Company and the Union agree to the following system of presenting and adjusting grievances.

Step 1 – Oral   An employee having a grievance affecting wages, hours or working conditions may, after giving notice to his/her immediate supervisor, take it up either directly with his/her supervisor or with the area shop steward. Within two (2) working days of this discussion, the immediate supervisor shall provide his answer orally to the aggrieved employee and his Union steward. Any such discussions shall be as brief as possible. The resolution of grievances at this step shall be non-precedential in nature. The Union Business Agent of Local 1150 shall be advised of such resolution by the Union steward. If at this step a resolution is not reached, the Company will supply, at no cost to the Union, the records the immediate supervisor has available to him/her and which the Company relied upon to reach the conclusion or make the decision which resulted in the instant grievance.

**6.4**   Step 2 – Written   If the grievance is not satisfactorily settled in Step 1, it must be reduced to writing within five (5) working days of the Company's answer, and must set forth in the spaces provided a complete statement of the grievance and the facts upon which it is based, the remedy or correction which the grievant wishes the Company to make, and the Section of this Agreement, if any, which is claimed to have been violated. All grievances must be signed by the employee when reduced to writing and submitted to the employee's supervisor.

Upon submission of the written grievance, a meeting will be held within three (3) working days from receipt of the written grievance with the Business Agent of

10
Article VI – Grievance Procedure

Local 1150, steward, and the grievant in attendance for the Union, and an Employee Relations Representative, management representative, and supervisor in attendance for the Company. The Company's answer will be given in writing within five (5) working days, after the meeting.

**6.5** If the grievance is not satisfactorily settled at Step 2, an appeal therefrom may be taken by the Secretary-Treasurer to the Vice President – Human Resources within five (5) working days after the decision at Step 2. Such appeal shall be in writing in an agenda letter, and shall state specifically the grievance or grievances appealed. Should any appeal from the disposition of a grievance given at Step 2 not be taken within five (5) working days from the date of such decision, then the decision on such grievance shall be final and conclusive and shall not be reopened for discussion. Any disposition of a grievance accepted by the Union, or from which no appeal has been taken, shall be final and conclusive and binding upon the grievant, the Company, and the Union.

**6.6** A grievance which affects a substantial number of employees, other than job rating grievances, and which supervision at Step 1 of this procedure lack authority to settle, and grievances filed by the Company or the Union shall initially be submitted by certified mail at Step 2 and must be included in an agenda letter as provided by Section 6.5 of this Article. If the grievance involves financial liability on the part of the Company to employees and if it is not resolved at Step 2, it may be appealed not later than five (5) working days after the decision of management at Step 2, provided written grievances signed by the employees affected are presented to the Employee Relations Representative by the Business Agent within the five (5) day appeal period.

**6.7** Step 3 – Written  The Union Business Agent shall then take the grievance up with the Employee Relations Representative within ten (10) working days of receiving the agenda letter as outlined in Step 2, unless extended by mutual agreement. If a satisfactory settlement is not reached between the Union Business Agent and the Employee Relations Representative, the grievance may be submitted upon the request of either party for arbitration within twenty (20) calendar days of the disposition of the grievance.

11
Article VI – Grievance Procedure

**6.8**

(a) Any contractual grievance not settled at written step 3 of this Article shall be submitted to arbitration upon the request of either party hereto filed in accordance with the provisions of this Article with the exceptions of Article I, Article VII, Section 7.36, and Letter of Agreement concerning the subcontracting of work.

(b) Also, the following grievances, if not settled at Step 3 of this Article, shall be submitted to arbitration upon the request of either party hereto filed in accordance with the provisions of this Article.

  (1) A grievance alleging that an employee is not properly classified in his/her assigned job code because he/she has performed the essential duties of a different job code within the bargaining unit (at least one labor grade higher than his/her assigned code) for a practicable majority of the time during a period of ninety (90) continuous working days. If such a grievance is found to have merit, the award of the arbitrator is limited to an adjustment in pay equal to the difference between the employee's actual earnings and the earnings he/she would have received had he/she been properly classified during the ninety (90) continuous working days immediately preceding the filing of the grievance.

  (2) A grievance alleging that, in administering the Hourly Job Rating Plan, subsequent to the effective date of this Agreement, the Company has established the labor grade of a new job improperly, or has changed improperly the labor grade of an existing job because of a change which the Company has made in the contents or requirements of such existing job. For the purpose of this Subsection, no job shall be considered to be a new job if it is described in one of the detailed job description sheets describing jobs performed by employees within the bargaining unit as of the effective date of this Agreement and which, prior to that date, was furnished to the Union.

  (3) A grievance by an employee alleging that he/she was not promoted to a particular job in violation of the provisions of Section 8.16 of Article VIII. This, however, shall not apply in the case of a promotion to a working leader or crew chief.

(c) Other grievances arising under this contract which are not settled at written step 3 of this Article may be referred to arbitration if the Company and the Union mutually agree in writing. The Company will respond to the Union within ten (10) working days of receipt of an appeal letter under (a) and (b) of this Section.

12
Article VI – Grievance Procedure