UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL VERRILLI

     v.                                    3:03cv541 WWE

SIKORSKY AIRCRAFT CORP. And
TEAMSTERS LOCAL UNION NO. 1150,
INTERNATIONAL BROTHERHOOD
OF TEAMSTERS

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendants' motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and on October 7, 2005, entered a Ruling granting defendants' motions for summary judgment.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 11th day of October, 2005.

                                                  KEVIN F. ROWE, Clerk

                                                  By    /s/ Chrystine W. Cody
                                                        Deputy-in-Charge

Entered on Docket _____