FILED
2005 NOV -3 P 3:43

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL VERRILLI, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03 CV 0541 (WWE) |
| | : | |
| VS. | : | |
| | : | |
| SIKORSKY AIRCRAFT CORPORATION | : | |
| TEAMSTERS LOCAL 1150 | : | |
| Defendants | : | NOVEMBER 3, 2005 |

## NOTICE OF APPEAL

The Plaintiff, Michael Verrilli, hereby gives notice that it appeals from the court's (Edginton, J.) granting Defendants, Sikorsky Aircraft Corporation and Teamsters Local 1150's, motions for summary judgment. The court's order is dated October 5, 2005.

THE PLAINTIFF,

BY_____
JOHN T. BOCHANIS ct 00138
Daly, Weihing & Bochanis
1115 Main Street, Suite 710
Bridgeport, CT 06604
(203: 333-8500)

1

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid on this 3rd day of November, 2005 to:

Edward J. Dempsey
United Technologies Corporation
One Financial Plaza
Hartford, CT 06101

John T. Fussell, Esq.
Robert M. Cheverie & Associates, PC
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108

_____
John T. Bochanis