UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL VERRILLI** | : | **CIVIL ACTION NO:** 3:03-CV-0541 (WWE) |
| **VS.** | : | |
| | : | USCA NO. 05-5972-cv |
| **SIKORSKY AIRCRAFT CORPORATION AND TEAMSTERS LOCAL 1150** | : | MAY 30, 2006 |

### INDEX TO RECORD ON APPEAL
### VOLUME I

| | DOCUMENT NO. |
|---|---|
| Cert. copy of docket entries | A |
| Plaintiff's Complaint filed 3/27/03 Doc. #1 | 1 |
| Motion by Sikorsky Aircraft to Dismiss Complaint filed 5/19/03 Doc. #8 | 2 |
| Objections by Michael Verrilli to Motion to Dismiss Complaint by Sikorsky Aircraft filed 6/27/03 Doc. #11 | 3 |
| Reply by Sikorsky Aircraft to Response to Motion to Dismiss Complaint by Sikorsky Aircraft filed 7/3/03 Doc. #12 | 4 |
| Endorsement Order granting Motion to Dismiss with order to replead filed 12/8/03 Doc. #13 | 5 |
| Amended Complaint against Sikorsky Aircraft Corp. filed by Michael Verrilli filed 1/9/04 Doc. #15 | 6 |
| Motion to Dismiss Counts Two, Three, and Four of the Amended | 7 |

| | |
|---|---|
| Complaint by Sikorsky Aircraft Corp. filed 1/23/04 Doc. # 16 | |
| Motion to Withdraw Counts 2, 3 & 4 of Amended Complaint by Michael Verrilli filed 3/30/04 Doc. #23 | 8 |
| Endorsement Order: So Ordered Motion to Withdraw Counts 2,3 & 4 of Amended Complaint filed 4/1/04 Doc. #24 | 9 |
| Endorsement Order granting Motion to Consolidate Cases filed 4/2/04 Doc. #25 | 10 |
| Answer & Affirmative Defenses to Amended Complaint by Sikorsky Aircraft Corp. filed 4/16/04 Doc. #26 | 11 |
| Endorsement Order denying as moot Motion to Dismiss filed 6/16/04 Doc. #29 | 12 |
| Motion for Summary Judgment by Teamsters Local No 1150, Intl Brotherhood of Teamsters filed 3/10/05 Doc. #51[(Attachments #1 Memorandum in Support) (EXHIBITS 1-9)] | 13 |
| Motion for Summary Judgment by Sikorsky Aircraft Corp. filed 4/8/05 Doc. #55 [(Attachments: #1 Memorandum in Support #2 Statement of Material Facts) (Exhibits A-G)] | 14 |
| Objection re (51) Motion for Summary Judgment, (55) Motion for Summary Judgment filed by Michael Verrilli filed 5/17/05 Doc. #60 [Attachments: #1 Memorandum in Support) (Exhibits A-M)] | 15 |
| Statement of Material Facts re (55) Motion for Summary Judgment filed by Michael Verrilli filed 5/18/05 Doc. #61 | 16 |
| Statement of Material Facts re (51) Motion for Summary Judgment filed by Michael Verrilli filed 5/18/05 Doc. #62 | 17 |

Supplemental Affidavit re (61) Statement of Material Facts, (62) Statement of Material Facts by Michael Verrilli filed 5/20/05 Doc. #63    18

Reply to Response to (55) Motion for Summary Judgment filed by Sikorsky Aircraft Corp. filed 6/1/05 Doc. #69    19

Reply to Response to (51) Motion for Summary Judgment filed by Teamsters Local No 1150, Intl Brotherhood of Teamsters filed 6/13/05 Doc. #70    20

Ruling granting (51) Motion for Summary Judgment, granting (55) Motion for Summary Judgment filed 10/7/05 Doc. #71    21

Judgment is entered for the Defendants. Case is closed. Filed 10/11/05 Doc. #72    22

Notice of Appeal as to (71) Order on Motion for Summary Judgment , (72) Judgment by Michael Verrilli filed 11/3/05 Doc. #73    23