**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **MICHAEL VERRILLI** | : | **CIVIL ACTION NO:** |
| | | **3:03-CV-0541 (WWE)** |
| **VS.** | : | |
| | : | **USCA NO. 05-5972-cv** |
| **SIKORSKY AIRCRAFT CORPORATION** | | |
| **AND TEAMSTERS LOCAL 1150** | : | **MAY 30, 2006** |

**INDEX TO RECORD ON APPEAL**
**VOLUME I**

|  | DOCUMENT NO. |
|---|---|
| Cert. copy of docket entries | A |
| Plaintiff's Complaint filed 3/27/03 Doc. #1 | 1 |
| Motion by Sikorsky Aircraft to Dismiss Complaint filed 5/19/03  Doc. #8 | 2 |
| Objections by Michael Verrilli to Motion to Dismiss Complaint by Sikorsky Aircraft filed 6/27/03 Doc. #11 | 3 |
| Reply by Sikorsky Aircraft to Response to Motion to Dismiss Complaint by Sikorsky Aircraft filed 7/3/03 Doc. #12 | 4 |
| Endorsement Order granting Motion to Dismiss with order to replead filed 12/8/03 Doc. #13 | 5 |
| Amended Complaint against Sikorsky Aircraft Corp. filed by Michael Verrilli filed 1/9/04 Doc. #15 | 6 |
| Motion to Dismiss Counts Two, Three, and Four of the Amended | 7 |

Complaint by Sikorsky Aircraft Corp. filed 1/23/04 Doc. # 16

Motion to Withdraw Counts 2, 3 & 4 of Amended Complaint by Michael
Verrilli filed 3/30/04 Doc. #23                                                                    8

Endorsement Order: So Ordered Motion to Withdraw Counts 2,3 & 4 of
Amended Complaint filed 4/1/04 Doc. #24                                                9

Endorsement Order granting Motion to Consolidate Cases filed 4/2/04
Doc. #25                                                                                          10

Answer & Affirmative Defenses to Amended Complaint by Sikorsky
Aircraft Corp. filed 4/16/04 Doc. #26                                                    11

Endorsement Order denying as moot Motion to Dismiss filed 6/16/04
Doc. #29                                                                                          12

Motion for Summary Judgment by Teamsters Local No 1150, Intl
Brotherhood of Teamsters filed 3/10/05 Doc. #51[(Attachments #1
Memorandum in Support) (EXHIBITS 1-9)]                                         13

Motion for Summary Judgment by Sikorsky Aircraft Corp. filed 4/8/05
Doc. #55 [(Attachments: #1 Memorandum in Support #2 Statement of
Material Facts) (Exhibits A-G)]                                                          14

Objection re (51) Motion for Summary Judgment, (55) Motion for
Summary Judgment filed by Michael Verrilli filed 5/17/05 Doc. #60
[Attachments: #1 Memorandum in Support) (Exhibits A-M)]                  15

Statement of Material Facts re (55) Motion for Summary Judgment filed
by Michael Verrilli filed 5/18/05 Doc. #61                                            16

Statement of Material Facts re (51) Motion for Summary Judgment filed
by Michael Verrilli filed 5/18/05 Doc. #62                                            17

Supplemental Affidavit re (61) Statement of Material Facts, (62)
Statement of Material Facts by Michael Verrilli filed 5/20/05 Doc. #63                    18

Reply to Response to (55) Motion for Summary Judgment filed by
Sikorsky Aircraft Corp. filed 6/1/05 Doc. #69                                            19

Reply to Response to (51) Motion for Summary Judgment filed by
Teamsters Local No 1150, Intl Brotherhood of Teamsters filed 6/13/05
Doc. #70                                                                                 20

Ruling granting (51) Motion for Summary Judgment, granting (55)
Motion for Summary Judgment filed 10/7/05 Doc. #71                                        21

Judgment is entered for the Defendants. Case is closed. Filed 10/11/05
Doc. #72                                                                                 22

Notice of Appeal as to (71) Order on Motion for Summary Judgment ,
(72) Judgment by Michael Verrilli filed 11/3/05 Doc. #73                                  23

4