**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

FILED

2007 JAN -3  A 1: 44

ELSIE MATA
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

December 20, 2006

Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY  10007

**Attention Vincenza Mathias**

    Case No:   3:03CV541(WWE)
    Case Name: Michael Verrilli v. Sikorsky Aircraft Corp., et al
    USCA:     05-5972cv

Dear Clerk:

Forwarded herewith is the Record on Appeal in the above-entitled case consisting of **exhibits 1-9 to document #51**(Defendant Teamsters Local No. 1150's Local rule 56(a)(1) Statement of Material Facts Not in Dispute).  **Exhibits A - G to document # 55** ( Defendant Sikorsky Aircraft Corporation's Local Rule 56(a)(1) Statement of Undisputed Facts).  **Exhibits A - M to Document # 60** (Plaintiff's Objection to Defendants' Motions for Summary Judgment).

Respectfully,

Kevin F. Rowe, Clerk

*/s/ Deborah Candee*

By:   Deborah Candee
       Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: _____  DATE: 12/26/06